## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JEAN COULTER,

        Petitioner

        v.

BUTLER COUNTY CHILDREN AND
YOUTH SERVICES, JOYCE G.
AINSWORTH, CHARLES L.
JOHNS,ROCHELLE GRAHAM, GARY D.
ALEXANDER, ROSEANN PERRY,
ELAINE BOBICK, MICHAEL KAZMER,
MICHAEL NUZZO AND DENNIS
MCCURDY,

        Respondents

: No. 345 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.